NUMBER 13-03-739-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

McALLEN HOSPITALS, L.P. D/B/A McALLEN HEART 
HOSPITAL AND McALLEN MEDICAL CENTER,                    Appellants,

v.

DR. BENJAMIN ROBALINO,                                                 Appellee.
_________________________________________________________

On appeal from the 389th District Court 
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellants, McALLEN HOSPITALS, L.P. D/B/A McALLEN HEART HOSPITAL
AND McALLEN MEDICAL CENTER, perfected an appeal from a judgment entered by
the 389th District Court of Hidalgo County, Texas, in cause number C-323-03-H. 
After the record had been filed, the parties filed an agreed motion to reverse and
remand. In the motion, the parties state that they have reached a settlement in this
matter.
         The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The
agreed motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                      PER CURIAM
Opinion delivered and filed this
the 29th day of April, 2004.